IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MCDONALD, | : | |
| Plaintiff | : | |
| | : | No. 1:18-cv-02175 |
| v. | : | |
| | : | (Judge Kane) |
| MS. C. GREENE, et al., | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 9th day of January 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to proceed in forma pauperis (Doc. No. 2), construed as a motion to proceed without the full prepayment of costs and filing fees, is **GRANTED** and the complaint is deemed filed;

2. Plaintiff's complaint (Doc. No. 1), is **DISMISSED with prejudice** for Plaintiff's failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and without leave to amend as any amendment would be futile. See Shane v. Fauver, 213 F.3d 113, 115 (3d Cir. 2000); and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania